Eliza Ghanooni (SBN 252063)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
(818) 995-4540 Telephone
(818) 995-9277 Fax

Attorney for Debtors
Romeo and Rita Damiles

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA -MODESTO DIVISION

| | |
|---|---|
| In re:<br><br>**ROMEO AND RITA DAMILES,**<br><br>Debtors. | **Case No:** 10-91019<br><br>Docket Control No.: PLG-2<br><br>Chapter 13<br><br>Date: July 20, 2010<br>Time: 10:00 a.m.<br>Place: 1200 I Street, Suite 4<br>Modesto, California |

## DEBTOR'S MOTION FOR CONFIRMATION OF FIRST AMENDED CHAPTER 13 PLAN

**TO THE HONORABLE ROBERT BARDWIL; RUSSEL GREER, CHAPTER 13 TRUSTEE, ALL LISTED CLAIMANTS AND ALL OTHER INTERESTED PARTIES:**

The Debtors, Romeo and Rita Damiles (the "Debtors"), hereby move this Court to confirm their proposed First Amended Plan, which was served on the Chapter 13 Trustee, all creditors and all interested parties on or about June 9, 2010, and is filed concurrently herewith as **Exhibit "1"**.

The First Amended Chapter 13 Plan seeks to increase payments to unsecured creditors by 5%.

WHEREFORE, the Debtors pray for an Order of Confirmation of their First Amended Plan.

Date: June 10, 2010

                                              Respectfully Submitted,
                                              **PRICE LAW GROUP, APC**

                                              Eliza Ghanooni
                                              Attorney for Debtors