FILED

June 11, 2010

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002699294

4

1  Eliza Ghanooni, SBN 252063
2  **PRICE LAW GROUP, APC**
3  15760 Ventura Boulevard, Suite 1100
   Encino, CA 91436
4  Telephone: (818)995-4540
   Facsimile: (818)995-9277
5
6  Attorney for Debtor
7              UNITED STATES BANKRUPTCY COURT
8        EASTERN DISTRICT OF CALIFORNIA – MODESTO DIVISION
9  In re:                                Case No: 10-91019-D-13G
                                         Chapter 13
10 **ROMEO & RITA DAMILES,**
                                         Docket Control No.: PLG-02
11          Debtors.
                                         Date:     July 20, 2010
12                                       Time:     10:00 a.m.
                                         Place:    1200 I Street, Suite 4
13                                                 Modesto, CA

14                  **CERTIFICATE OF SERVICE**

15 STATE OF CALIFORNIA
   COUNTY OF LOS ANGELES
16
17 I declare:

       I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a
18
19 party to the within action.  My business address is 15760 Ventura Boulevard, Suite 1100, Encino, California

20 91436.

21 On June 11, 2010, I served the within:
                  **FIRST AMENDED CHAPTER 13 PLAN**
22
23 On interested parties in this action by placing a true copy thereof enclosed in a sealed envelope

24 addressed as follows:

25                  SEE ATTACHED SERVICE LIST
26
27
28

                              -1-

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Encino, California, in the ordinary course of business.

State:    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

This declaration was executed on June 11, 2010 at Encino, California.

Gabby Piceno
Type or Print Name                                        Signature

American General Finance
600 North Royal Ave
Evansville, IN 47731

American InfoSource LP
PO Box 248872
Oklahoma City, OK 73124-8872

Anne Hamann
4375 Jutland Dr. #200
PO Box 17933
San Diego, CA 92177-7921

Apex Financial Management
P.O. Box 2189
Northbrook, IL 60065-2189

Bank Of America
Po Box 1598
Norfolk, VA 23501

Bank Of America
4060 Ogletown/Stan
Newark, DE 19713

Bonded Collection Corporation
29 E. Madison St., Suite 1650
Chicago, IL 60602

California Service Bur
1602 Grant Av
Novato, CA 94947

Chase Card Services
201 North Walnut Street
Attn: Mark Pascale
Mail Stop DE1-1406
Wilmington, DE 19801-2920

Chrysler Financial
27777 Inkster Rd.
Farmington, MI 48334-5326

Chrysler Financial Services Americas LLC
c/o Sheryl K. Ith
535 Anton Blvd., 10th Fl
Costa Mesa, CA 92626-1947

Collection Service/mer
2111 O St
Merced, CA 95340

Collection Services of Merced
2111 O Street
Merced, CA 95340

Coronado Palms Condominiums
PO Box 63398
Phoenix, AZ 85082

CR Evergreen, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Credit Bureau Associat
460 Union Ave
Fairfield, CA 94533

Department Stores National Bank/Macys
Bankruptcy Processing
PO Box 8053
Mason, OH 45040-8053

Discover Bank/ DFS Services LLC
POBox 3025
New Albany, OH 43054

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850

Faslo Solutions
P.O. Box 202166
Dallas, TX 75230

Franchise Tax Board
Attn: Bankruptcy
P O Box 2952
Sacramento, CA 95812-2952

Gemb/jcp
Attention: Bankruptcy
Po Box 103106
Roswell, GA 30076

Hilco Rec
5 Revere Dr Ste 510
Northbrook, IL 60062

IRS-Internal Revenue Srvc-CIO
Post Office Box 21126
Stop N781
Philadelphia, PA 19114

Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud, MN 56302-7999

Law Offices of Joe Pezzuto
4013 E. Broadway
Phoenix, AZ 85040

Leading Edge Recovery Solutions
8550 West Bryn Mawr, Suite 350
Chicago, IL 60631

LVNV Funding
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lvnv Funding Llc
Po Box 740281
Houston, TX 77274

M O C S E Fcu

Macys/fdsb
Macy's Bankruptcy
Po Box 8053
Mason, OH 45040

Mann Bracken
2325 Clayton Rd
case no: 646029
Concord, CA 94520

Midland Credit Mgmt
8875 Aero Dr Ste 200
San Diego, CA 92123

Moose Credit Union
3600 Coffee Road
Modesto, CA 95355-1164

National Action Financial Services
P.O. Box 922023
Norcross, GA 30092

National Capital Management, LLC
8245 Tournament Drive
Suite 230
Memphis, TN 38125-1741

National Enterprise Systems
29125 Solon Road
Solon, OH 44139

Nationwde Ac
817 Greenwood Driv
Grand Prairie, TX 75050

Northstar Location Services
ATTN: Financial Services Dept.
4285 Genesse Street
Buffalo, NY 14225-1943

Pinnacle Recovery Inc.
PO Box 130848
Carlsbad, CA 92013

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
Post Office Box 17933
San Diego, CA 92117

Protocol Recovery Services Inc.
509 Mercer Avenue
Panama City, FL 32401

Romeo & Rita Damiles
3100 Ripple Court
Modesto, CA 95355

Russell D. Greer
P.O. Box 3051
Modesto, CA 95353

Sears/cbsd
133200 Smith Rd
Cleveland, OH 44130

SIMM Associates, Inc.
Biddle Bldg, Suite 200
200 Biddle Ave.
Newark, DE 19702-3966

Stanislaus County
801 10th Street, 4th floor
City Towers Building
case no: 646029
Modesto, CA 95354

Tnb-visa
Po Box 9475
Minneapolis, MN 55440

United States Trustee (Sacramento)
Robert T. Matsui U.S. Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

Victoria's Secret
Po Box 182273
Columbus, OH 43218

Walmart
P.O. Box 530927
Atlanta, GA 30353-0927

Washington Mutual
Centralized Bankruptcy/Citicorp
P.O. Box 20432
Kansas City, MO 64195

Washington Mutual Fa
Po Box 1093
Northridge, CA 91328

Wells Fargo Bank
c/o Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Wells Fargo Bank
Attn: Bankruptcy 6052-028
P.O. Box 4116
Portland, OR 97208

Wells Fargo Bank, NA
X2303-01A
1 Home Campus
Des Moines, IA 50328-0001

Westgate Resorts LTD
P.O. Box 918326
Orlando, FL 32891-8326

Zwicker & Associates
Raymond J. Lee
199 Los Robles Ave Suite 410
Pasadena, CA 91101