FILED
September 30, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002967245

2
Eliza Ghanooni (SBN 252063)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
(818) 995-4540 Telephone
(818) 995-9277 Fax

Attorney for Debtors
Romeo & Rita Damiles

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA - MODESTO DIVISION

In re:

**ROMEO & RITA DAMILES,**

Debtors

Case No: **10-91019**

Docket Control No.: PLG-4

Chapter 13

Date: November 16, 2010
Time: 10:00 a.m.
Place: 1200 I Street, Suite 4
Modesto, CA

## DECLARATION OF DEBTORS IN SUPPORT OF DEBTORS' MOTION FOR CONFIRMATION OF THIRD AMENDED CHAPTER 13 PLAN

We, Romeo and Rita Damiles, hereby declare as follows:

1. We are the debtors in the case herein.

2. Concurrently with this declaration and attached as Exhibit 1 is a true and correct copy of the Third Amended Chapter 13 Plan of Reorganization (the "Chapter 13 Plan" or "Plan").

3. The Chapter 13 Plan complies with applicable law.

4. Any fees or charges required by the Court have been paid.

5. The Plan is proposed in good faith and is not by any means forbidden by law.

6. Unsecured creditors will receive at least what they would receive in the event of a Chapter 7 liquidation.

-1-

7. All secured creditors provided for have either accepted the plan, I will be surrendering the property securing their claims, or the plan provides to pay the creditors pursuant to section 1325(a)(5)(B).

8. I will be able to make the payments under the plan and comply with the plan.

9. The petition was filed in good faith.

10. I have no domestic support obligations.

11. I have filed all applicable tax returns which have become due for the last 4 years.

12. I respectfully request confirmation of my Chapter 13 plan.

We declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on Sept. 29, 2010, in Modesto, California.

_____
Romeo Damiles

_____
Rita Damiles